CHIEF JUSTICE
 CAROLYN WRIGHT
JUSTICES
 DAVID L. BRIDGES
 MOLLY FRANCIS
 DOUGLAS S. LANG
 ELIZABETH LANG-MIERS
 ROBERT M. FILLMORE
 LANA MYERS
 DAVID EVANS
 DAVID LEWIS
 ADA BROWN
 CRAIG STODDART
 BILL WHITEHILL
 DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

August 6, 2015

Honorable Benjamin Smith
Presiding Judge
380th Judicial District Court
2100 Bloomdale Rd., Suite 30132
McKinney, TX 75071

Re:     **STATUS INQUIRY**
         05-15-00357-CR, Joshua Dixon v. The State of Texas

Dear Judge Smith:

On July 1, 2015, this Court ordered the trial court to make findings regarding whether appellant desires to pursue the appeal. A copy of the order is enclosed. To date, we have not received the trial court's findings. Therefore, please notify us of the status of the findings within **TEN DAYS** of the date of this letter. We appreciate your attention to this matter.

Sincerely,

/s/     Lisa Matz, Clerk

Enclosure

cc:     Christopher Graham
         John Rolater

ltr:mrh